FILED

2023 Feb-15  AM 10:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, ) ) ) ) ) | **Summons** |
|  |  |
| Plaintiff, ) ) ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
|  |  |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL., ) ) ) ) | **CASE NUMBER:** 2:23-CV-00182-SGC |
| Defendants. ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Sheriff Nick Smith
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**   You also must file your answer or motion with the court.

DATE: 2-14-23

GREER M. LYNCH, CLERK

By:

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐  By personal service on the defendant at _____

_____

☐  By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐  By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and*

*correct.*

_____          _____
Date                             Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents          $ _____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
|  | ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| Plaintiff, | ) ) ) |  |
|  | ) ) | **CASE NUMBER:** |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL., | ) ) ) ) | **2:23-CV-00182-SGC** |
| Defendants. | ) ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer TJ Armstrong
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**   You also must file your answer or motion with the court.

DATE: 2-14-23

GREER M. LYNCH, CLERK

By:

Deputy Clerk   Pamela Cook

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                      _____
Date                                                 Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents          $_____

                                                                          TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| **MARGARET MITCHELL, AS** ) | **Summons** |
| **ADMINSTRATRIX OF THE PENDING** ) | |
| **ESTATE OF ANTHONY DON** ) | |
| **MITCHELL,** ) | **(Issued pursuant to Rule 4 of** |
| ) | **the Federal Rules of Civil** |
| **Plaintiff,** ) | **Procedure or other appropriate** |
| ) | **law.)** |
| ) | |
| ) | **CASE NUMBER:** |
| **SHERIFF NICK SMITH IN HIS** ) | **2:23-CV-00182-SGC** |
| **INDIVIDUAL AND OFFICIAL** ) | |
| **CAPACITY, ET AL.,** ) | |
| ) | |
| **Defendants.** ) | |

Summons in a Civil Action

To: (*Defendant's name and address)*

Corrections Officer Denzel Mitchell
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By:

GREER M. LYNCH, CLERK

SEE REVERSE SIDE FOR RETURN                                Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

    (Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

    to receive service of process of the defendant corporation, partnership, or unincorporated association.

    (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
Date                    Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents    $ _____

                                  TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| **MARGARET MITCHELL, AS**<br>**ADMINSTRATRIX OF THE PENDING**<br>**ESTATE OF ANTHONY DON**<br>**MITCHELL,**<br><br><br>**Plaintiff,**<br><br><br><br>**SHERIFF NICK SMITH IN HIS**<br>**INDIVIDUAL AND OFFICIAL**<br>**CAPACITY, ET AL.,**<br><br>**Defendants.** | **Summons**<br><br><br>**(Issued pursuant to Rule 4 of**<br>**the Federal Rules of Civil**<br>**Procedure or other appropriate**<br>**law.)**<br><br>**CASE NUMBER:**<br>**2:23-CV-00182-SGC** |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Braxton Kee
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

SEE REVERSE SIDE FOR RETURN

By:

Deputy Clerk

GREER M. LYNCH, CLERK

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
Date                      Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents    $ _____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| | **Summons** |
| **MARGARET MITCHELL, AS** | |
| **ADMINSTRATRIX OF THE PENDING** | |
| **ESTATE OF ANTHONY DON** | |
| **MITCHELL,** | **(Issued pursuant to Rule 4 of** |
| | **the Federal Rules of Civil** |
| **Plaintiff,** | **Procedure or other appropriate** |
| | **law.)** |
| | |
| | **CASE NUMBER:** |
| **SHERIFF NICK SMITH IN HIS** | **2:23-CV-00182-SGC** |
| **INDIVIDUAL AND OFFICIAL** | |
| **CAPACITY, ET AL.,** | |
| | |
| **Defendants.** | |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Bailey Gainey
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

SEE REVERSE SIDE FOR RETURN

By:

GREER M. LYNCH, CLERK

Deputy Clerk Pamela Cook

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                    _____
Date                                      Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents          $ _____

                                                   TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| **MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL,** | **Summons** |
|  |  |
|  | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| **Plaintiff,** |  |
|  | **CASE NUMBER:** |
| **SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL.,** | **2:23-CV-00182-SGC** |
|  |  |
| **Defendants.** |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Katherine Cligan
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**   You also must file your answer or motion with the court.

DATE: 2-14-23

SEE REVERSE SIDE FOR RETURN

By:

GREER M. LYNCH, CLERK

Deputy Clerk    Pamela Cook

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

□    By personal service on the defendant at _____

_____

□    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

□    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
Date                                      Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents          $ _____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL,<br><br>        Plaintiff,<br><br><br><br>SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Summons**

(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

CASE NUMBER:
2:23-CV-00182-SGC

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Jacob Smith
Walker County Sheriff's Department
2001 2ⁿᵈ AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jon C. Goldfarb/L. William Smith/Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
301 19ᵗʰ Street N
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**    You also must file your answer or motion with the court.

DATE: 2-14-23

GREER M. LYNCH, CLERK

By:

Deputy Clerk Pamela Cook

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5ᵗʰ Avenue North
Birmingham, Alabama 35203

## <u>RETURN ON SERVICE OF WRIT</u>

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

    ☐    By personal service on the defendant at _____

_____

    ☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

            (Give name and address of person served.)

            _____

            _____

    ☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

            to receive service of process of the defendant corporation, partnership, or unincorporated association.

            (Give name, capacity and address of person served.)

            _____

            _____

***I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

_____       _____

Date                    Authorized or Specially Appointed Process Server

Costs of Service:  Service fee:

    Expenses: _____ miles @ _____cents    $_____

                                      TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of |
| Plaintiff, | ) ) | the Federal Rules of Civil Procedure or other appropriate law.) |
|  | ) ) | |
| SHERIFF NICK SMITH IN HIS | ) | CASE NUMBER: |
| INDIVIDUAL AND OFFICIAL | ) | 2:23-CV-00182-SGC |
| CAPACITY, ET AL., | ) ) | |
| Defendants. | ) | |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Jeremy Farley
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By:

Deputy Clerk

GREER M. LYNCH, CLERK

Pamela Cook

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
Date                Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents     $_____

                                   TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| Plaintiff, | ) ) |  |
|  | ) |  |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL., | ) ) ) ) | CASE NUMBER: 2:23-CV-00182-SGC |
| Defendants. | ) ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Richard Holzman
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jon C. Goldfarb/L. William Smith/Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
301 19th Street N
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By: 

Deputy Clerk _Pamela Cook_

GREER M. LYNCH, CLERK

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____ _____ ____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____                _____
Date                                       Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents        $ _____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
|  | ) | (Issued pursuant to Rule 4 of |
| Plaintiff, | ) | the Federal Rules of Civil |
|  | ) | Procedure or other appropriate |
|  | ) | law.) |
|  | ) |  |
|  | ) | CASE NUMBER: |
| SHERIFF NICK SMITH IN HIS | ) | 2:23-CV-00182-SGC |
| INDIVIDUAL AND OFFICIAL | ) |  |
| CAPACITY, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Benjamin Shoemaker
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jon C. Goldfarb/L. William Smith/Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
301 19th Street N
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**   You also must file your answer or motion with the court.

DATE: 2-14-23

GREER M. LYNCH, CLERK

By:

Deputy Clerk   Pamela Cook

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐    By personal service on the defendant at _____

_____

☐    By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐    By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
Date                        Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____cents     $_____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL,  )<br>)<br>)<br>)<br>)<br>) | <u>Summons</u> |
| Plaintiff, ) | **(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)** |
| ) | |
| ) | **CASE NUMBER:** |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL.,  )<br>)<br>)<br>) | **2:23-CV-00182-SGC** |
| Defendants. ) | |

Summons in a Civil Action

To: (*Defendant's name and address*)

Corrections Officer Dayton Wakefield
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By:

Deputy Clerk

GREER M. LYNCH, CLERK

*Pamela Cook*

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## **RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____ _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
Date                                   Authorized or Specially Appointed Process Server

Costs of Service:  Service fee:

Expenses: _____ miles @ _____cents        $_____

TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
|  | ) | **(Issued pursuant to Rule 4 of** |
| Plaintiff, | ) ) | **the Federal Rules of Civil Procedure or other appropriate** |
|  | ) | **law.)** |
|  | ) |  |
|  | ) | **CASE NUMBER:** |
| SHERIFF NICK SMITH IN HIS | ) | **2:23-CV-00182-SGC** |
| INDIVIDUAL AND OFFICIAL | ) |  |
| CAPACITY, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Nurse Practitioner Alicia Herron
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By: 

Deputy Clerk   GREER M. LYNCH, CLERK

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## <u>RETURN ON SERVICE OF WRIT</u>

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

                _____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

                (Give name and address of person served.)

                _____

                _____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

                _____

                _____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
Date                         Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents   $ _____

                                       TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
| Plaintiff, | ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL., | ) ) ) ) ) | CASE NUMBER: 2:23-CV-00182-SGC |
| Defendants. | ) |  |

Summons in a Civil Action

To: (*Defendant's name and address*)

Nurse Brad Allred
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Jon C. Goldfarb/L. William Smith/Christina M. Malmat
> Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
> 301 19th Street N
> Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By:

Deputy Clerk _Pamela Cook_

GREER M. LYNCH, CLERK

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## <u>RETURN ON SERVICE OF WRIT</u>

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law

to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____               _____
Date                             Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____ cents    $ _____

                                       TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| MARGARET MITCHELL, AS ADMINSTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL, | ) ) ) ) ) | **Summons** |
| Plaintiff, | ) ) ) | (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) |
| SHERIFF NICK SMITH IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, ET AL., | ) ) ) ) ) | CASE NUMBER: 2:23-CV-00182-SGC |
| Defendants. | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*

Investigator Carl Carpenter
Walker County Sheriff's Department
2001 2nd AVE
Jasper, AL 35501

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jon C. Goldfarb/L. William Smith/Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
301 19th Street N
Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 2-14-23

By: _____

Deputy Clerk _____

GREER M. LYNCH CLERK

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at _____

_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.

(Give name and address of person served.)

_____

_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association.

(Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____        _____
Date                                                             Authorized or Specially Appointed Process Server

Costs of Service: Service fee:

Expenses: _____ miles @ _____cents        $_____

                                                                            TOTAL $