IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET MITCHELL, AS ADMINISTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL,<br><br>   Plaintiff,<br><br>v.<br><br>SHERIFF NICK SMITH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, CORRECTIONS OFFICERS T.J. ARMSTRONG, DENZEL MITCHELL, BRAXTON KEE, BAILEY GAINEY, KATHERINE CLIGAN, JACOB SMITH, JEREMY FARLEY, RICHARD HOLZMAN, BENJAMIN SHOEMAKER, DAYTON WAKEFIELD, NURSE PRACTITIONER ALICIA HERRON, NURSE BRAD ALLRED, AND INVESTIGATOR CARL CARPENTER,<br><br>   Defendants. | CIVIL ACTION NUMBER:<br>2:23-cv-00182-SGC |

**DEFENDANTS' MOTION FOR CHANGE OF VENUE**

  COME NOW Defendants Sheriff Nick Smith and correctional officers T. J. Armstrong, Denzel Mitchell, Braxton Kee, Bailey Gainey, Katherine Cligan, Jacob Smith, Jeremy Farley, Richard Holzman, Benjamin Shoemaker, and Dayton Wakefield, and Investigator Carl Carpenter and move this Court for an Order to

1

Change Venue from the Southern Division to the Western Division based on the following:

I. **THE PROPER DIVISION FOR THIS CASE IS THE WESTERN DIVISION RATHER THAN THE SOUTHERN DIVISION.**

This case has been filed in the U.S. District Court for the Northern District of Alabama Southern Division. The incidents giving rise to the complaint however, occurred in Walker County, which is in the Western Division.

## CONCLUSION

Based upon the aforementioned, Defendants Motion for Change of Venue is due to be granted.

Respectfully submitted this 3rd day of March 2023.

/s/J. Randall McNeill
J. RANDALL MCNEILL (ASB-4841-E29J)
Attorneys for Defendants Sheriff Nick Smith and correctional officers T. J. Armstrong, Denzel Mitchell, Braxton Kee, Bailey Gainey, Katherine Cligan, Jacob Smith, Jeremy Farley, Richard Holzman, Benjamin Shoemaker, and Dayton Wakefield and Investigator Carl Carpenter
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
Post Office Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 – T
(334) 262-1889 – F
rmcneill@wmwfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 3rd day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon C. Goldfarb
L. William Smith
Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher
& Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
jcg@wigginschilds.com
wsmith@wigginschilds.com
cmalmat@wigginschilds.com

              **/s/J. Randall McNeill**
              OF COUNSEL