FILED
2023 Mar-06  PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# B

# IMG_0946.mp4
(filed conventionally)