FILED
2023 Mar-06  PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT D

# IMG_0261.mp4

(filed conventionally)