FILED
2023 Mar-06 PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ████  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Notes - ED Notes (continued)

### ED Notes by Smith, Austen, RN at 1/26/2023 12:05 PM (continued)    Version 1 of 1

Author: Smith, Austen, RN
Filed: 1/26/2023 2:07 PM
Editor: Smith, Austen, RN (Registered Nurse)
Service: —
Date of Service: 1/26/2023 12:05 PM
Author Type: Registered Nurse
Status: Signed

Pt on ETCO2 monitor, readings have not exceeded 10.[AS.1]

Smith, Austen, RN
01/26/23 1407
[AS.2]

Electronically signed by Smith, Austen, RN on 1/26/2023 2:07 PM

**Attribution Key**
AS.1 - Smith, Austen, RN on 1/26/2023 2:06 PM
AS.2 - Smith, Austen, RN on 1/26/2023 2:07 PM

### ED Notes by Smith, Austen, RN at 1/26/2023 11:06 AM    Version 1 of 1

Author: Smith, Austen, RN
Filed: 1/26/2023 2:02 PM
Editor: Smith, Austen, RN (Registered Nurse)
Service: —
Date of Service: 1/26/2023 11:06 AM
Author Type: Registered Nurse
Status: Signed

CPR to remain in progress per Dr. Jordan until ROSC or pt warmed to 30 degrees celsius.[AS.1]

Smith, Austen, RN
01/26/23 1402
[AS.2]

Electronically signed by Smith, Austen, RN on 1/26/2023 2:02 PM

**Attribution Key**
AS.1 - Smith, Austen, RN on 1/26/2023 2:01 PM
AS.2 - Smith, Austen, RN on 1/26/2023 2:02 PM

### ED Notes by Smith, Austen, RN at 1/26/2023 10:05 AM    Version 1 of 1

Author: Smith, Austen, RN
Filed: 1/26/2023 2:00 PM
Editor: Smith, Austen, RN (Registered Nurse)
Service: —
Date of Service: 1/26/2023 10:05 AM
Author Type: Registered Nurse
Status: Signed

Dr. Packer in house, called for emergent central line placement.[AS.1]

Smith, Austen, RN
01/26/23 1400
[AS.2]

Electronically signed by Smith, Austen, RN on 1/26/2023 2:00 PM

**Attribution Key**
AS.1 - Smith, Austen, RN on 1/26/2023 1:59 PM
AS.2 - Smith, Austen, RN on 1/26/2023 2:00 PM

### ED Notes by Smith, Austen, RN at 1/26/2023 9:28 AM    Version 1 of 1

Author: Smith, Austen, RN
Filed: 1/26/2023 1:58 PM
Editor: Smith, Austen, RN (Registered Nurse)
Service: —
Date of Service: 1/26/2023 9:28 AM
Author Type: Registered Nurse
Status: Signed

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▮▮▮▮  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Notes - ED Notes (continued)**

### ED Notes by Smith, Austen, RN at 1/26/2023 9:28 AM (continued)

Version 1 of 1

2 WCSO deputies at bedside, ED staff requested pt be taken out of handcuffs.

Smith, Austen, RN
01/26/23 1358
[AS.1]

Electronically signed by Smith, Austen, RN on 1/26/2023 1:58 PM
**Attribution Key**
AS.1 - Smith, Austen, RN on 1/26/2023 1:58 PM

### ED Notes by Curtis, Samantha, RN at 1/26/2023 9:32 AM

Version 1 of 1

Author: Curtis, Samantha, RN
Filed: 1/26/2023 1:54 PM
Editor: Curtis, Samantha, RN (Registered Nurse)

Service: —
Date of Service: 1/26/2023 9:32 AM

Author Type: Registered Nurse
Status: Signed

Fluid warmer in use. Bair Hugger (warmer) in use multiple warm blankets placed on top of warming blankets.[SC.1]

Curtis, Samantha, RN
01/26/23 1354
[SC.2]

Electronically signed by Curtis, Samantha, RN on 1/26/2023 1:54 PM
**Attribution Key**
SC.1 - Curtis, Samantha, RN on 1/26/2023 1:52 PM
SC.2 - Curtis, Samantha, RN on 1/26/2023 1:54 PM

### ED Notes by Curtis, Samantha, RN at 1/26/2023 1:20 PM

Version 1 of 1

Author: Curtis, Samantha, RN
Filed: 1/26/2023 1:26 PM
Editor: Curtis, Samantha, RN (Registered Nurse)

Service: —
Date of Service: 1/26/2023 1:20 PM

Author Type: Registered Nurse
Status: Signed

Legacy of hope notified, Pt ruled out for all donations.[SC.1]

Curtis, Samantha, RN
01/26/23 1326
[SC.2]

Electronically signed by Curtis, Samantha, RN on 1/26/2023 1:26 PM
**Attribution Key**
SC.1 - Curtis, Samantha, RN on 1/26/2023 1:25 PM
SC.2 - Curtis, Samantha, RN on 1/26/2023 1:26 PM

### ED Notes by Curtis, Samantha, RN at 1/26/2023 1:15 PM

Version 1 of 1

Author: Curtis, Samantha, RN
Filed: 1/26/2023 1:16 PM
Editor: Curtis, Samantha, RN (Registered Nurse)

Service: —
Date of Service: 1/26/2023 1:15 PM

Author Type: Registered Nurse
Status: Signed

ALEA at bedside[SC.1]

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▮▮▮▮   Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Notes - ED Notes (continued)

### ED Notes by Curtis, Samantha, RN at 1/26/2023 1:15 PM (continued)

Version 1 of 1

Curtis, Samantha, RN
01/26/23 1316
[SC.2]

Electronically signed by Curtis, Samantha, RN on 1/26/2023 1:16 PM

**Attribution Key**
SC.1 - Curtis, Samantha, RN on 1/26/2023 1:15 PM
SC.2 - Curtis, Samantha, RN on 1/26/2023 1:16 PM

### ED Notes by Curtis, Samantha, RN at 1/26/2023 1:12 PM

Version 1 of 1

Author: Curtis, Samantha, RN
Filed: 1/26/2023 1:13 PM
Editor: Curtis, Samantha, RN (Registered Nurse)

Service: —
Date of Service: 1/26/2023 1:12 PM

Author Type: Registered Nurse
Status: Signed

Joey Vick notified.[SC.1]

Curtis, Samantha, RN
01/26/23 1313
[SC.2]

Electronically signed by Curtis, Samantha, RN on 1/26/2023 1:13 PM

**Attribution Key**
SC.1 - Curtis, Samantha, RN on 1/26/2023 1:12 PM
SC.2 - Curtis, Samantha, RN on 1/26/2023 1:13 PM

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▇▇▇▇  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Provider Notes - ED Notes

**ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM**  Version 3 of 3

Author: Jordan, Timothy B, MD
Filed: 1/26/2023 3:45 PM
Editor: Jordan, Timothy B, MD (Physician)
Service: Emergency Medicine
Date of Service: 1/26/2023 12:42 PM
Author Type: Physician
Status: Addendum

Related Notes: Original Note by Jordan, Timothy B, MD (Physician) filed at 1/26/2023 2:04 PM
Procedure Orders
  1. Intubation [301934631] ordered by Jordan, Timothy B, MD
  2. Critical Care [301934633] ordered by Jordan, Timothy B, MD

[TJ.1]

### HISTORY OF PRESENT ILLNESS[TJ.2]

Anthony Mitchell[TJ.1], a[TJ.2] 33 y.o. male[TJ.1] presents to the ED with a Chief Complaint of[TJ.2] No chief complaint on file.[TJ.1]

I have limited information on this patient other than was provided by sheriff deputies that accompanied the patient to the hospital. I was told by one of the deputies that the patient has been incarcerated since January 12th. I was also told by the deputies that the patient has not been eating or drinking for several days. He was brought to the emergency room by sheriff deputies in a car for evaluation. One of our nurses noted the sheriff's moving the patient out of the vehicle and putting him in a wheelchair and he went outside and offered to move him to a stretcher. At that point he was noted to have agonal respirations breathing 2-4 times a minute. He was rushed into the ER and moved to our stretcher. He was unresponsive apneic and pulseless and cold to the touch. CPR was started and handcuffs were removed. His mother arrived in the emergency room about 3-1/2 hours into resuscitation and gave additional history. She said her son has been drug addicted for years. He has developed multiple abscesses. He has been suicidal. He is recently been confused. She is not heard from him in weeks. She requested that we not continue resuscitation.[TJ.3]

History provided by:[TJ.2] **Police**[TJ.3]

### REVIEW OF SYSTEMS
Review of Systems[TJ.2]
Unable to perform ROS[TJ.3]:[TJ.2] Patient unresponsive[TJ.3]

### PAST MEDICAL HISTORY REVIEWED[TJ.2]
No past medical history on file.
No past surgical history on file.
Social History

Tobacco Use
- Smoking status: Every Day
    Packs/day: 1.50
    Types: Cigarettes
- Smokeless tobacco: Never

Substance Use Topics
- Alcohol use: Yes
    Comment: occasional
- Drug use: No[TJ.1]

### ALLERGIES[TJ.2]

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)  Version 3 of 3
Penicillins[TJ.1]

## HOME MEDICATIONS
Prior to Admission medications
Not on File

## PHYSICAL EXAM[TJ.2]
MAP (calculated): 100
ED Triage Vitals

| BP | Pulse | Resp | Temp | Temp src |
|---|---|---|---|---|
| 01/26/23 | 01/26/23 | 01/26/23 | 01/26/23 | 01/26/23 |
| 0958 | 0958 | 0958 | 1105 | 0958 |
| 145/78 | 100 | 16 | (!) 74.9 °F (23.8 °C) | Rectal |

| SpO2 | Weight | Height | Head Circumference | Peak Flow |
|---|---|---|---|---|
| 01/26/23 0958 96 % | -- | -- | -- | -- |

| Pain Score | Pain Loc | Pain Edu? | Excl. in GC? |
|---|---|---|---|
| -- | -- | -- | --[TJ.1] |

### Physical Exam[TJ.2]
Vitals[TJ.3] and[TJ.2] nursing note[TJ.3] reviewed.
Constitutional:
   Comments:[TJ.2] **Patient was unresponsive but occasionally made some agonal movements including swallowing and minor movements of an arm or leg. This is while CPR with external compression devices in progress. Initial rectal temperature was 72° F 22° centigrade He appeared to have vomitus on his uniform.**[TJ.3]
HENT:
   Head:[TJ.2] Normocephalic[TJ.3].
   Comments:[TJ.2] **No obvious head trauma**[TJ.3]
   Right Ear:[TJ.2] External ear[TJ.3] normal.
   Left Ear:[TJ.2] External ear[TJ.3] normal.
   Nose:[TJ.2] Nose normal[TJ.3].
   Mouth/Throat:
   Mouth: Mucous membranes are[TJ.2] dry[TJ.3].
Eyes:
   Comments:[TJ.2] **Pupils were initially fixed and dilated but became responsive after CPR was initiated**[TJ.3]
Cardiovascular:
   Comments:[TJ.2] **The patient remained in asystole PE a and occasionally VFib. No spontaneous pulse was ever palpated**[TJ.3]
Pulmonary:

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▉▉▉▉▉ Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Provider Notes - ED Notes (continued)

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)    Version 3 of 3

Comments:[TJ.2] **Initial agonal respirations**[TJ.3]

Abdominal:
  Palpations: Abdomen is[TJ.2] soft[TJ.3].

Musculoskeletal:
  Cervical back:[TJ.2] Neck supple[TJ.3].
  Comments:[TJ.2] **There are multiple needle track marks over the extremities there is evidence of prior abscesses there is some abrasions there was an area of redness possibly from pressure on the left buttocks there was a nonhealing wound of the left heel**[TJ.3]

Skin:
  Findings:[TJ.2] Bruising[TJ.3] and[TJ.2] erythema[TJ.3] present.

Neurological:
  Comments:[TJ.2] **There was never any purposeful movement or response to pain**[TJ.3]

## DIAGNOSTICS

LAB:[TJ.2]
Results for orders placed or performed during the hospital encounter of 01/26/23

Glucose - BMM/BMP POC Testing
  Collection Time: 01/26/23  9:45 AM

| Result | Value | Ref Range |
|---|---|---|
| POC Glucose | 106 (H) | 70 - 105 mg/dL |

Comprehensive metabolic panel
  Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Albumin | 1.9 (L) | 3.5 - 5.2 g/dl |
| Potassium | 4.2 | 3.5 - 5.1 mEq/L |
| Alkaline Phosphatase | 45 | 32 - 138 u/l |
| Calcium | 9.7 | 8.8 - 10.5 mg/dL |
| Osmolality Calc | 296 | 253 - 306 MOSM/K |
| Creatinine | 1.34 | 0.90 - 1.50 mg/dL |
| Sodium | 134 (L) | 136 - 145 mmol/L |
| Total Bilirubin | 0.7 | 0.4 - 1.6 mg/dL |
| ALT | 55 (H) | 10 - 50 u/l |
| CO2 | 17 (L) | 23 - 29 mmol/L |
| BUN/Creatinine Ratio | 39 (H) | 10 - 20 |
| BUN | 52 (H) | 5 - 20 mg/dL |
| Glomerular Filtration Rate | 62 | >=60 |
| Total Protein | 3.5 (L) | 5.8 - 7.9 GM/DL |
| AST | 96 (H) | 12 - 40 u/l |
| Chloride | 97 (L) | 98 - 108 mEq/L |
| Glucose | 345 (H) | 70 - 105 mg/dL |
| Anion Gap | 20 (H) | 5 - 15 |

Lipase
  Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 712 (H) | 11 - 57 u/l |

Troponin HS
  Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Troponin HS | 19.6 | 0.0 - 20.0 pg/mL |

Amylase

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▇▇▇▇▇ Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Provider Notes - ED Notes (continued)

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)

Version 3 of 3

Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Amylase | 711 (H) | 28 - 100 u/l |

CBC

Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Hematocrit | 38.9 (L) | 41.0 - 53.0 % |
| MCHC | 33.4 | 33.0 - 37.5 g/dl |
| Mean Platelet Volume | see comm | 8.4 - 12.3 fl |
| Hemoglobin | 13.0 | 11.7 - 16.4 g/dL |
| MCH | 29.2 | 27.8 - 33.1 UUG |
| Platelets | 27 (C) | 130 - 450 K/CMM |
| RBC | 4.45 | 3.90 - 5.30 M/CMM |
| MCV | 87.4 | 79.5 - 93.5 fl |
| RDW | 13.8 | 11.6 - 14.8 % |
| WBC | 7.2 | 5.4 - 10.9 K/CMM |
| Nucleated RBC | 0 | % |

DIFF

Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Monocytes | 3 | 3 - 13 % |
| Immature Granulocytes | 2 (H) | <=1 % |
| Lymphs | 20 | 9 - 50 % |
| BASOPHILS | 0 | <=1 % |
| Eos | 0 | <=9 % |
| Neutrophils | 75 | 38 - 84 % |

Scan

Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Platelet Estimate | LOW (A) | NORMAL |
| Total Cells Counted | 100 | |

Blood culture Site 1

Collection Time: 01/26/23 10:45 AM
Specimen: Blood;Blood Draw

| Result | Value | Ref Range |
|---|---|---|
| Blood Culture, Routine | | |

Microbiology

PROCEDURE: C BLOOD
SOURCE: Blood          COLLECTED: 01/26/2023 10:45
BODY SITE:
FREE TEXT SOURCE: central line          STARTED: 01/26/2023 11:03
ACCESSION: 23-026-52091

*-* PRELIMINARY REPORT *-*

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ███████  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)

Version 3 of 3

Preliminary Report
Verified: 01/26/2023 13:46
Specimen received. Blood culture will be monitored for 5 days. Physician or designee will be notified if culture is positive.

\*-\* C BLOOD

:

**POC ABG (G3+Panel)**
Collection Time: 01/26/23 10:52 AM

| Result | Value | Ref Range |
|---|---|---|
| Base Excess | -8.0 (L) | -2.0 - 3.0 |
| CALL BACK | DRJORDAN | |
| Site | Left Femoral | |
| PCO2 | 63 (H) | 35 - 45 mmHg |
| POC TCO2 | 23 | 23 - 27 mEq/L |
| POC FIO2 | 100 | |
| POC Mode | AC | |
| PH | 7.134 (C) | 7.350 - 7.450 |
| HCO3, Art | 21.1 (L) | 22.0 - 26.0 mEq/L |
| POC Allen's Test | Not Available | |
| Saturation | 45 (L) | 95 - 98 % |
| Sample Type | MIXED | |
| PO2 | 33 (C) | 80 - 105 mmHg |

**Glucose - BMM/BMP POC Testing**
Collection Time: 01/26/23 11:02 AM

| Result | Value | Ref Range |
|---|---|---|
| POC Glucose | 125 (H) | 70 - 105 mg/dL |

**Blood Culture Site 2**
Collection Time: 01/26/23 11:19 AM
Specimen: Blood;Blood Draw

| Result | Value | Ref Range |
|---|---|---|
| Blood Culture, Routine Site 2 | | |

Microbiology

PROCEDURE: C BLOOD 2
SOURCE: Blood        COLLECTED: 01/26/2023 11:19
BODY SITE:

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ███  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Provider Notes - ED Notes (continued)

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)   Version 3 of 3

FREE TEXT SOURCE: cental line kel066   STARTED: 01/26/2023 11:25
ACCESSION: 23-026-52092

*-* PRELIMINARY REPORT *-*

Preliminary Report
Verified: 01/26/2023 13:46
Specimen received. Blood culture will be monitored for 5
days. Physician or designee will be notified
if culture is positive.

*-* C BLOOD 2

:

**Ammonia Level**
Collection Time: 01/26/23 11:19 AM

| Result | Value | Ref Range |
|---|---|---|
| Ammonia | 60 (H) | 11 - 35 umol/L |

Lactic acid, plasma
Collection Time: 01/26/23 11:19 AM

| Result | Value | Ref Range |
|---|---|---|
| LACTIC ACID | 6.3 (C) | 0.5 - 2.2 mEq/L[TJ.1] |

RADIOLOGY: (if performed)[TJ.2]
Imaging Results

XR Chest 1 View PORTABLE (Final result)   Result time 01/26/23 13:25:36

**Final result by Smith, Laura Skelton, MD (01/26/23 13:25:36)**

Narrative:
   REASON FOR EXAM:
   Line Placement

   COMPARISON:
   None.

   FINDINGS:
   AP chest.

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▉ Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

## ED Provider Notes - ED Notes (continued)

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)   Version 3 of 3

The endotracheal tube terminates at the T2 level above the clavicles. The femoral outer pad overlies the mediastinum. There is a backboard overlying the patient's mid and lower chest. The lungs appear generally clear. The left lung base was not included in the radiographic field of view. No pneumothorax is seen. The heart size is normal. No displaced rib fractures are identified.

IMPRESSION:
1. Acceptable endotracheal tube positioning, but consider advancing the tube 3-4 cm for more optimal positioning in the mid trachea.
2. No acute chest process within left technical limitations described above.[TJ.1]

**PROCEDURES**
Pre Sedation Documentation(if applicable)[TJ.2]
[TJ.1]
**Intubation**[TJ.3]

Date/Time:[TJ.2] **1/26/2023 9:35 AM**[TJ.3]
Performed by:[TJ.2] **Jordan, Timothy B, MD**[TJ.3]
Authorized by:[TJ.2] **Jordan, Timothy B, MD**[TJ.3]
Consent:[TJ.2] **The procedure was performed in an emergent situation**[TJ.3],[TJ.2] **Verbal consent not obtained**[TJ.3].
Required items:[TJ.2] **required blood products, implants, devices, and special equipment available**[TJ.3]
Time out:[TJ.2] **Immediately prior to procedure a "time out" was called to verify the correct patient, procedure, equipment, support staff and site/side marked as required**[TJ.3].
Indications:[TJ.2] **respiratory failure**[TJ.3]
Intubation method:[TJ.2] **video-assisted**[TJ.3]
Preoxygenation:[TJ.2] **BVM**[TJ.3]
Pretreatment medications:[TJ.2] **none**[TJ.3]
Laryngoscope size:[TJ.2] **Mac 4**[TJ.3]
Tube size:[TJ.2] **7.5**[TJ.3] mm
Tube type:[TJ.2] **cuffed**[TJ.3]
Number of attempts:[TJ.2] **1**[TJ.3]
Cricoid pressure:[TJ.2] **no**[TJ.3]
Cords visualized:[TJ.2] **yes**[TJ.3]
Post-procedure assessment:[TJ.2] **CO2 detector and chest rise**[TJ.3]
Breath sounds:[TJ.2] **equal**[TJ.3]
Cuff inflated:[TJ.2] **yes**[TJ.3]
ETT to lip:[TJ.2] **23**[TJ.3] cm
Tube secured with:[TJ.2] **ETT holder**[TJ.3]
Chest x-ray interpreted by:[TJ.2] **me**[TJ.3].
Chest x-ray findings:[TJ.2] **endotracheal tube in appropriate position**[TJ.3]
Patient tolerance:[TJ.2] **patient tolerated the procedure well with no immediate complications**

WALKER BAPTIST MEDICAL CENTER  
3400 US Highway 78 East  
JASPER AL 35501-8907

Mitchell, Anthony  
MRN: 0573909, DOB: ▮▮▮▮ Sex: M  
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)                      Version 3 of 3

**Critical Care**[TJ.3]  
Performed by:[TJ.2] **Jordan, Timothy B, MD**[TJ.3]  
Authorized by:[TJ.2] **Jordan, Timothy B, MD**[TJ.3]  
Total critical care time:[TJ.2] 120[TJ.3] minutes  
Critical care time was exclusive of[TJ.2] separately billable procedures and treating other patients[TJ.3].  
Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions:[TJ.2] circulatory failure[TJ.3].  
Critical care was time spent personally by me on the following activities:[TJ.2] evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies, ordering and review of radiographic studies, re-evaluation of patient's condition and vascular access procedures[TJ.3].

**PLAN OF CARE AND MEDICAL DECISION MAKING**  
Last vitals[TJ.2] BP 145/78 (Patient Position: Lying) | Pulse 100 Comment: CPR in progress | Temp (!) 79.5 °F (26.4 °C) (Rectal) | Resp 16 Comment: bagged | SpO2 100%[TJ.1]  
MDM  
Reviewed:[TJ.2] nursing note and vitals[TJ.3]  
Interpretation:[TJ.2] labs and ECG[TJ.3]  
Comments:[TJ.2] The patient received immediate BLS and was bagged and chest compressions were started. There was no IV access visible because of his drug abuse. An IO was obtained in the left proximal tibia and also the left humerus. Patient received intranasal Narcan and then additional drugs per ET tube after he was successfully intubated with 1 attempt using the glide scope. Additional drugs were then given through the IO needles. Dr. Packer assisted in the resuscitation by placing a central line in the right femoral vein which was then used for all other resuscitation. The patient received numerous rounds of epinephrine and also atropine and bicarb. After it was determined that he was severely hypothermic no other cardioactive drugs were given. The patient was placed on external compression device and he was placed on ventilator and ACLS was continued with the plan to warm him up to approximately 30° centigrade and then initiate cardioactive drugs and possibly defibrillation. His rhythm remained asystole with occasional PEA and occasional VFib. He was shocked twice but there was no response as would be expected in a severely hypothermic state. When his mother arrived after 3-1/2 hours she requested that resuscitation be discontinued. This was done at her request. The patient was pronounced dead at 13:15.

I am not sure what circumstances the patient was held in incarceration but it is difficult to understand a rectal temperature of 72° F 22° centigrade while someone is incarcerated in jail. The cause of his hypothermia is not clear. It is possible he had a underlying medical condition resulting in hypothermia. I do not know if he could have been exposed to a cold environment. I do believe that hypothermia was the ultimate cause of his death.

The coroner was immediately notified.[TJ.3]

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▇▇▇▇ Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)   Version 3 of 3

Re-Evaluation
Re-Evaluation 2[TJ.2]

**ED Clinical Impression** as of 01/26/23 1545
Hypothermia, initial encounter
Cardiac arrest (HCC)[TJ.1]

## DISPOSITION, EDUCATION AND MEDICATION RECONCILIATION

Medications reconciled.  See after visit summary for patient education on discharged patients.[TJ.2]
ED Disposition
 ED Disposition
Expired
 Condition
 --
 Date/Time
Thu Jan 26, 2023  2:03 PM
 Comment
Date: 1/26/2023
Patient: Anthony Mitchell
Admitted: 1/26/2023  9:26 AM
Attending Provider: Jordan, Timothy B, MD
Anthony Mitchell was pronounced dead at 1315 by Dr. Jordan, Timothy B, MD.

The family was present.

The Medical Examiner was c alled at 1320 and the body was released by the investigator.

Medical Records was notified at 1330

Clothing/Valuables associated:  With the patient
The body is currently located 12

No follow-up provider specified.[TJ.1]

## DISCHARGE PRESCRIPTIONS (if applicable)[TJ.2]

ED Prescriptions
    None[TJ.1]

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▓▓▓▓  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)

Version 3 of 3

Jordan, Timothy B, MD
01/26/23 1402[TJ.4]

Jordan, Timothy B, MD
01/26/23 1404[TJ.5]

Jordan, Timothy B, MD
01/26/23 1545
[TJ.1]

Electronically signed by Jordan, Timothy B, MD on 1/26/2023 3:45 PM
**Attribution Key**
TJ.1 - Jordan, Timothy B, MD on 1/26/2023 3:45 PM
TJ.2 - Jordan, Timothy B, MD on 1/26/2023 12:42 PM
TJ.3 - Jordan, Timothy B, MD on 1/26/2023 3:40 PM
TJ.4 - Jordan, Timothy B, MD on 1/26/2023 2:02 PM
TJ.5 - Jordan, Timothy B, MD on 1/26/2023 2:04 PM

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM

Version 2 of 3

Author: Jordan, Timothy B, MD            Service: Emergency Medicine           Author Type: Physician
Filed: 1/26/2023 2:04 PM                 Date of Service: 1/26/2023 12:42 PM    Status: Addendum
Editor: Jordan, Timothy B, MD (Physician)
Related Notes: Addendum by Jordan, Timothy B, MD (Physician) filed at 1/26/2023 3:45 PM
Original Note by Jordan, Timothy B, MD (Physician) filed at 1/26/2023 2:02 PM

[TJ.1]

## HISTORY OF PRESENT ILLNESS[TJ.2]
Anthony Mitchell[TJ.1], a[TJ.2] 33 y.o. male[TJ.1] presents to the ED with a Chief Complaint of[TJ.2] No chief complaint on file.

I have limited information on this patient other than was provided by sheriff deputies that accompanied the patient to the hospital. I was told by one of the deputies that the patient has been incarcerated since January 12th. I was also told by the deputies that the patient has not been eating or drinking for several days. He was brought to the emergency room by sheriff deputies in a car for evaluation. One of our nurses noted the sheriff's moving the patient out of the vehicle and putting him in a wheelchair and he went outside and offered to move him to a stretcher. At that point he was noted to have agonal respirations breathing 2-4 times a minute. He was rushed into the ER and moved to our stretcher. He was handcuffed. He was unresponsive apneic and pulseless and cold to the touch . CPR was started and handcuffs were removed. His mother arrived in the emergency room about 3-1/2 hours into resuscitation and gave additional history. She said her son has been drug addicted for years. He has developed multiple abscesses. He has been suicidal. He is recently been confused. She is not heard from him in weeks. She requested that we not continue resuscitation.[TJ.1]

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ▮▮▮▮ Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)  Version 2 of 3

History provided by:[TJ.2] **Police**[TJ.1]

## REVIEW OF SYSTEMS
Review of Systems[TJ.2]
Unable to perform ROS[TJ.1];[TJ.2] Patient unresponsive[TJ.1]

## PAST MEDICAL HISTORY REVIEWED[TJ.2]
No past medical history on file.
No past surgical history on file.
Social History

Tobacco Use
- Smoking status:     Every Day
  Packs/day:          1.50
  Types:              Cigarettes
- Smokeless tobacco:  Never

Substance Use Topics
- Alcohol use:        Yes
  Comment: occasional
- Drug use:           No[TJ.1]

## ALLERGIES[TJ.2]
Penicillins[TJ.1]

## HOME MEDICATIONS
Prior to Admission medications
Not on File

## PHYSICAL EXAM[TJ.2]
MAP (calculated): 100
ED Triage Vitals

| BP | Pulse | Resp | Temp | Temp src |
|---|---|---|---|---|
| 01/26/23 | 01/26/23 | 01/26/23 | 01/26/23 | 01/26/23 |
| 0958 | 0958 | 0958 | 1105 | 0958 |
| 145/78 | 100 | 16 | (!) 74.9 °F (23.8 °C) | Rectal |

| SpO2 | Weight | Height | Head Circumference | Peak Flow |
|---|---|---|---|---|
| 01/26/23 0958 96 % | -- | -- | -- | -- |

| Pain Score | Pain Loc | Pain Edu? | Excl. in GC? | |
|---|---|---|---|---|
| -- | -- | -- | --[TJ.1] | |

WALKER BAPTIST MEDICAL CENTER
3400 US Highway 78 East
JASPER AL 35501-8907

Mitchell, Anthony
MRN: 0573909, DOB: ███  Sex: M
Adm: 1/26/2023, D/C: 1/26/2023

**ED Provider Notes - ED Notes (continued)**

ED Provider Notes by Jordan, Timothy B, MD at 1/26/2023 12:42 PM (continued)   Version 2 of 3

### Physical Exam
Vitals and nursing note reviewed.
Constitutional:
  Comments: **Patient was unresponsive but occasionally made some agonal movements including swallowing and minor movements of an arm or leg. This is while CPR with external compression devices in progress. Initial rectal temperature was 72° F 22° centigrade**
**He appeared to have vomitus on his uniform.**
HENT:
  Head: Normocephalic.
  Comments: **No obvious head trauma**
  Right Ear: External ear normal.
  Left Ear: External ear normal.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are dry.
Eyes:
  Comments: **Pupils were initially fixed and dilated but became responsive after CPR was initiated**
Cardiovascular:
  Comments: **The patient remained in asystole PE a and occasionally VFib. No spontaneous pulse was ever palpated**
Pulmonary:
  Comments: **Initial agonal respirations**
Abdominal:
  Palpations: Abdomen is soft.
Musculoskeletal:
  Cervical back: Neck supple.
  Comments: **There are multiple needle track marks over the extremities there is evidence of prior abscesses there is some abrasions there was an area of redness possibly from pressure on the left buttocks there was a nonhealing wound of the left heel**
Skin:
  Findings: Bruising and erythema present.
Neurological:
  Comments: **There was never any purposeful movement or response to pain**

### DIAGNOSTICS
LAB:
Results for orders placed or performed during the hospital encounter of 01/26/23
Glucose - BMM/BMP POC Testing
  Collection Time: 01/26/23  9:45 AM

| Result | Value | Ref Range |
|---|---|---|
| POC Glucose | 106 (H) | 70 - 105 mg/dL |

Comprehensive metabolic panel
  Collection Time: 01/26/23 10:30 AM

| Result | Value | Ref Range |
|---|---|---|
| Albumin | 1.9 (L) | 3.5 - 5.2 g/dl |
| Potassium | 4.2 | 3.5 - 5.1 mEq/L |