FILED
2023 Mar-06 PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT I

# IMG_0259.mp4

(filed conventionally)