FILED
2023 Mar-06 PM 05:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT J

# IMG_0260.mp4
(filed conventionally)