FILED
2023 Apr-03 PM 12:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARGARET MITCHELL, AS ADMINISTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL,** ) ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NUMBER: 2:23-cv-00182-SGC** |
| **SHERIFF NICK SMITH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, JAIL ADMINISTRATOR JUSTIN WHITE, CORRECTIONS OFFICERS ARTHUR "TJ" ARMSTRONG, DENZEL MITCHELL, ARCELIA JOTTIE TIDWELL, BRAXTON KEE, BAILEY GANEY, KATHERINE CLINGAN, JACOB SMITH, JEREMY FARLEY, RICHARD HOLTZMAN, BENJAMIN SHOEMAKER, MORGAN MADISON, DAYTON WAKEFIELD, JOSHUA JONES, QCHC, INC., NURSE PRACTITIONER ALEISHA HERRON, NURSE BRAD ALLRED, AND INVESTIGATOR CARL CARPENTER,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## MOTION TO DISMISS BY SHERIFF NICK SMITH, IN HIS OFFICIAL CAPACITY

1

COMES NOW Sheriff Nick Smith, in his official capacity, and hereby respectfully files this Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(1) and/or 12(b)(6), as follows:

1. It is well-established that Sheriff Smith is a State Constitutional Officer. *See, e.g., Carr v. City of Florence*, 916 F.2d 1521, 1525 (11th Cir. 1990) (citing *Parker v. Amerson*, 519 So.2d 442, 443 (Ala. 1987)). He is accordingly entitled to absolute immunity from all claims for damages brought against him in his official capacity pursuant to the Eleventh Amendment of the United States Constitution. *Id.*

2. Further, Sheriff Smith, in his official capacity, is also not a "person" subject to suit under 42 U.S.C. § 1983. *Id.*, n.3; *see also Duncan v. Bibb County Sheriff's Department*, 471 F.Supp.3d 1243, 1255 (N.D. Ala. 2020).

3. It does not appear that the First Amended Complaint contains a request for anything except monetary damages, which is appropriate since Ms. Mitchell, as the Administratrix of the Estate, would not have standing to bring any such claims. *See, e.g., Golthy v. Alabama,* 287 F.Supp.2d 1259, 1263 (M.D. Ala. 2003) (citing *City of Los Angeles v. Lyons*, 461 U.S. 95 (1983)); *see also Ex Parte Alabama Dept. of Mental Health and Retardation*, 837 So.2d 808, 811 (Ala. 2002).

WHEREFORE, THESE PREMISES CONSIDERED, Sheriff Nick Smith, in his official capacity, hereby respectfully requests that all claims against him alleged in his official capacity be dismissed.

Respectfully submitted this 3rd day of April 2023.

        **/s/Jamie Helen Kidd Frawley**
        J. RANDALL MCNEILL (ASB-4841-E29J)
        JAMIE HELEN KIDD FRAWLEY (ASB-7661-M76H)
        Attorneys for Defendant Sheriff Nick Smith, in his official capacity
        WEBB MCNEILL WALKER PC
        One Commerce Street, Suite 700 (36104)
        Post Office Box 238
        Montgomery, Alabama 36101-0238
        (334) 262-1850 – T
        (334) 262-1889 – F
        rmcneill@wmwfirm.com
        jfrawley@wmwfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd day of April 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon C. Goldfarb
L. William Smith
Christina M. Malmat
Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
301 19th Street North
Birmingham, AL 35203
jcg@wigginschilds.com
wsmith@wigginschilds.com
cmalmat@wigginschilds.com

Eric D. Hoaglund
LaBella McCallum
McCallum, Hoaglund & McCallum, LLP
905 Highway, Suite 201
Vestavia Hills, Alabama 35216
edh@mhmfirm.com
lsm@mhmfirm.com

                                              **/s/Jamie Helen Kidd Frawley**
                                              OF COUNSEL