# Exhibit B



Alabama Board of Nursing
Peggy Sellers Benson, MSN, RN, MSHA, NE-BC
Executive Officer

RSA Plaza, Suite 250
770 Washington Ave
Montgomery, AL 36104

www.abn.alabama.gov
(334) 293-5200
1-800-656-5318
Fax (334) 293-5201

Mailing address:
P.O. Box 303900
Montgomery, AL 36130-3900

February 23, 2023

[REDACTED]

IN REPLY PLEASE REFER TO:
**NOTICE OF INVESTIGATION**

[REDACTED]

Dear [REDACTED]

    The Alabama Board of Nursing received a complaint against your license. As required by law, the Board staff will investigate this complaint. You may be contacted and requested to participate in this investigation.

    Until your case has been resolved, you are being requested to personally notify this agency immediately, in writing, of any (1) nursing employment, (2) application for nursing employment, (3) acceptance of nursing employment (4) changes in your nursing employment or (5) changes of your physical address or telephone number.

    Your case has been assigned to a Special Investigator, Scott Nickerson. Please contact him at 334-293-5245, by e-mail at Scott.Nickerson@abn.alabama.gov or by fax at 334-293-5208. **Do not consider this case closed until notified in writing by the Board.** Please be assured that your cooperation in resolving this matter is both expected and appreciated.

Sincerely,

*Peggy S Benson*

Peggy Sellers Benson RN, MSHA, MSN, NE-BC
Executive Officer

PSB/kp

