# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARGARET MITCHELL, AS ADMINISTRATRIX OF THE ESTATE OF ANTHONY DON MITCHELL, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| ) ) | CIVIL ACTION NUMBER: 2:23-cv-00182-ACA |
| v. ) ) | UNOPPOSED |
| SHERIFF NICK SMITH, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY, et al. ) ) ) ) | |
| Defendants. ) ) ) | |

## PLAINTIFF'S MOTION TO LIFT STAY FOR SOLE PURPOSE OF FILING AND SERVING THIRD AMENDED COMPLAINT

Plaintiff respectfully requests that the Court temporarily lift the stay of this action for the sole purpose of granting Plaintiff leave to file the attached Third Amended Complaint and serve it on two additional defendants, Daniel Wyers and Patricia Hammonds. Plaintiff has conferred with counsel for the current defendants, and none opposes the Court granting the relief requested in this motion.

As grounds for this motion, Plaintiff states as follows:

1. On January 24, 2024, the Court granted the individual Defendants' unopposed motion to stay this action in light of ongoing criminal and civil administrative proceedings. (Doc. 81). On June 11, 2024, the Court continued the stay. (Doc. 84).

2. To date, at least six individuals have entered into plea agreements in federal court arising from the criminal investigation conducted by the Department of Justice, including two of the defendants in this matter, Joshua Jones and Bailey Ganey.

3. Defendant Jones has pleaded guilty to a felony violation of Title 18, United States Code, Section 241, Conspiracy to Deprivation of Rights under Color of Law.[1]

4. Defendant Ganey has also pleaded guilty to a felony violation of Title 18, United States Code, Section 241, Conspiracy to Deprivation of Rights under Color of Law.[2]

5. As part of their pleas, these Defendants waived their Fifth Amendment privilege against self-incrimination and entered into certain factual stipulations, providing additional facts relevant to the existing claims in this action, while also setting forth grounds for liability for additional defendants and additional claims under state law for additional and existing defendants.

6. Other individuals who are not currently Defendants in this lawsuit, including Nurse Practitioner Daniel Wyers, have also entered into guilty pleas. In particular,

---

[1] Case 6:24-cr-00298-ACA-NAD Document 2
[2] Case 6:24-cr-00405-ACA-SGC Document 2

Wyers has pleaded guilty to a misdemeanor violation of Title 18, United States Code, Section 24, Deprivation of Rights under Color of Law.[3]

7. The factual stipulations entered into in the various guilty pleas make clear that Patrica Hammonds, RN and Nurse Practitioner Daniel Wyers, along with their employer, existing Defendant QCHC, are liable for Mitchell's death under Alabama and federal law as set forth in the attached proposed Third Amended Complaint.

8. Federal Rule of Civil Procedure 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.*

9. This action is stayed; accordingly, the original scheduling order is no longer in force. Moreover, Defendants have consented to Plaintiff amending the complaint.

10. To the extent that Plaintiff must show "good cause" and/or diligence in seeking to amend, the proposed Third Amended complaint relies on facts that were not previously available due to numerous individuals asserting their Fifth Amendment privilege against self-incrimination. At all times, Plaintiff has pursued her claims in this action with diligence, but it was not possible for Plaintiff to discover certain facts shielded by Fifth Amendment privilege prior to the guilty pleas and factual stipulations referenced above and in the Third Amended Complaint.

---

[3] Case 6:24-cr-00412-JHE Document 2

3

11.     Plaintiff has diligently moved to file the attached proposed Third Amended Complaint promptly after the guilty pleas and accompanying factual stipulations were filed by the government and became known to Plaintiff.

12.     This action will remain stayed, and no defendant or potential defendant will be prejudiced by granting Plaintiff leave to file the proposed Third Amended Complaint.

Based on the above, Plaintiff respectfully requests that the Court temporarily lift the stay for the sole purpose of granting her leave to file and serve the attached Third Amended Complaint, with the stay to remain in force for all other purposes.

                                        Respectfully Submitted,

                                        */s/ L. William Smith*
                                        Jon C. Goldfarb
                                        L. William Smith
                                        Christina Malmat
                                        Attorneys for Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS,
FISHER, & GOLDFARB, LLC.
The Kress Building
30119th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500
jcg@wigginschilds.com
wsmith@wigginschilds.com
cmalmat@wigginschilds.com

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this day the 29th day of October, 2024, a true and correct copy of the above and foregoing document has been properly served via the Court's electronic filing system to the following counsel of record:

J. Randall McNeill
Jamie Helen Kidd Frawley
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700
Post Office Box 238
Montgomery, AL 36101-0238
(334) 262-1850 T
(334) 262-1889 F
rmcneill@wmwfirm.com
jfrawley@wmwfirm.com

LaBella S. McCallum
Eric D. Hoaglund
MCCALLUM, HOAGLUN & MCCALLUM, LLP
905 Highway, Suite 201
Vestavia Hills, Alabama 35216
205-824-7767
edh@mhmfirm.com
lsm@mhmfirm.com

James C. King
KING, WILEY, AND WILLIAMS LLC.
1824 3rd Avenue South
Jasper, Alabama 35501
Telephone: (205) 221-3500
Email: jimmy@jasperlawyers.com

                                      */s/ L. William Smith*
                                      OF COUNSEL