IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET MITCHELL, AS ADMINISTRATRIX OF THE ESTATE OFANTHONY DON MITCHELL, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 2:23-cv-00182-SGC ) |
| SHERIFF NICK SMITH, et al., | ) ) |
| Defendants. | ) ) |

**JOINT PRO TANTO STIPULATION OF DISMISSAL**

COME NOW Plaintiff Margaret Mitchell, as administratrix of the Estate of Anthony Don Mitchell ("Plaintiff") and Defendants Sheriff Nick Smith, Jail Administrator Justin White, Corrections Officers "TJ" Armstrong, Denzel Mitchell, Arcelia Jottie Tidwell, Braxton Kee, Bailey Ganey, Katherine Clingan, Jacob Smith, Jeremy Farley, Richard Holtzman, Benjamin Shoemaker, Morgan Madison, Dayton Wakefield, Joshua Jones, and Investigator Carl Carpenter, by and through their undersigned counsels of record, and pursuant to Federal Rule of Civil Procedure 41, stipulate that all claims against the above listed Defendants are due to be dismissed with prejudice with the Parties bearing their own costs, attorneys' fees, and expenses. The parties agree that this Court can retain jurisdiction to resolve any contempt of court claims for violation of the confidentiality provisions. Counsel for

1

Defendants certifies that he has the express permission and agreement of counsel for the Plaintiff to file this Joint Stipulation of Dismissal on his client's behalf with the Court and further certifies that the Plaintiff and the above listed Defendants have agreed to the terms and conditions of this Joint Stipulation of Dismissal. Plaintiff's claims against the remaining Defendants remain before this Court.

Respectfully submitted this 10th day of July, 2025.

| | |
|---|---|
| s/ Jon C. Goldfarb | s/ J. Randall McNeill |
| JON C. GOLDFARB | J. RANDALL MCNEILL |
| CHRISTINA M. MALMAT | JAMIE HELEN KIDD FRAWLEY |
| L. WILLIAM SMITH | JOSHUA A. WILLIS |
| WIGGINS CHILDS PANTAZIS FISCHER & GOLDFARB | WEBB MCNEILL FRAWLEY PC |
| | One Commerce Street, Suite 700 (36104) |
| 301 19th Street North | Post Office Box 238 |
| The Kress Building | Montgomery, Alabama 36101 |
| Birmingham, Alabama 35203 | rmcneill@wmwfirm.com |
| *Attorneys for Plaintiff* | jfrawley@wmwfirm.com |
| jcg@wigginschilds.com | jwillis@wmwfirm.com |
| cmalmat@wigginschilds.com | *Attorneys for Defendants Sheriff Nick Smith, Justin White, Arthur T.J. Armstrong, Denzel Mitchell, Arcelia Jottie Tidwell, Braxton Kee, Bailey Ganey, Katherine Clingan, Jacob Smith, Jeremy Farley, Richard Holtzman, Benjamin Shoemaker, Morgan Madison, Dayton Wakefield, and Carl Carpenter* |
| wsmith@wigginschilds.com | |