IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARGARET MITCHELL,** as administratrix of the Estate of Anthony Don Mitchell, <br><br> Plaintiff, <br><br> v. <br><br> **SHERIFF NICK SMITH, et al.,** <br><br> Defendants. | **2:23-cv-182-ACA** |

## ORDER

Plaintiff Margaret Mitchell, as administratrix of the Estate of Anthony Don Mitchell, and Defendants Nick Smith, Justin White, TJ Armstrong, Denzel Mitchell, Arcelia Jottie Tidwell, Braxton Kee, Bailey Ganey, Katherine Clingan, Jacob Smith, Jeremy Farley, Richard Holtzman, Benjamin Shoemaker, Morgan Madison, Dayton Wakefield, Joshua Jones, and Carl Carpenter filed a joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 102). However, the stipulation does not bear the signature of "all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see City of Jacksonville v. Jacksonville Hosp. Holdings, LP,* 82 F.4th 1031, 1038 (11th Cir. 2023) ("[A]ll means all. . . . [A] Rule 41(a)(1)(A)(ii) stipulation also requires the

signature of a party that appeared but has already been removed from an action."). Accordingly, it is ineffective.

But the court may dismiss a defendant or an action by court order under Rule 41(a)(2). *See In re Esteva*, 60 F.4th 664, 677 (11th Cir. 2023) (explaining that the word "action" in Rule 41(a) includes "a defendant in its entirety (i.e., . . . all of the claims brought against that defendant)"). Because Ms. Mitchell has agreed to dismiss all claims against each defendant listed above (doc. 102 at 1), the court construes her filing as a Rule 41(a)(2) motion to dismiss by court order and **GRANTS** her motion. Accordingly, the court **DISMISSES** Sheriff Smith, Jail Administrator White, Officer Armstrong, Officer Mitchell, Officer Tidwell, Officer Kee, Officer Ganey, Officer Clingan, Officer Smith, Officer Farley, Officer Holtzman, Officer Shoemaker, Officer Madison, Officer Wakefield, Officer Jones, and Investigator Carpenter **WITH PREJUDICE**, with each of the parties to bear their own costs, attorney's fees, and expenses. The court notes that it does not retain jurisdiction.

Ms. Mitchell's claims against Defendants Alicia Herron, Brad Allred, QCHC Inc., Patricia Hammonds, and Daniel Wyers shall proceed.

**DONE** and **ORDERED** this July 16, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE