# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARGARET MITCHELL, AS ADMINISTRATRIX OF THE PENDING ESTATE OF ANTHONY DON MITCHELL ) ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NUMBER: 2:23-cv-00182-ACA |
| v. ) ) | |
| SHERIFF NICK SMITH, IN HIS INDIVIDUAL CAPACITY, CORRECTIONS OFFICERS ARTHUR "TJ" ARMSTRONG, DENZEL MITCHELL, BRAXTON KEE, BAILEY GANEY, KATHERINE CLINGAN, JACOB SMITH, JEREMY FARLEY, RICHARD HOLTZMAN, BENJAMIN SHOEMAKER, DAYTON WAKEFIELD, QCHC, INC., NURSE PRACTITIONER ALEISHA HERRON, NURSE BRAD ALLRED, NURSE PATRICIA HAMMONDS, NURSE PRACTITIONER DANIEL WYERS, AND INVESTIGATOR CARL CARPENTER ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Margaret Mitchell, as Administratrix of the Pending Estate of Anthony Don Mitchell, and dismisses QCHC, Inc., Aleisha Herron,

1

Bradley Allred, Pat Hammonds, and Daniel Wyers. Plaintiff dismisses Plaintiff's claims against these Defendants with prejudice, each party to bear its own costs and attorney fees.

Respectfully submitted this the 3rd day of October, 2025.

*/s/ Jon C. Goldfarb*
Jon C. Goldfarb
L. William Smith
Christina M. Malmat
*Attorneys for Margaret Mitchell*

**OF COUNSEL**:
Wiggins Childs Pantazis Fischer & Goldfarb
301 19th Street North
The Kress Building
Birmingham, Alabama 35203
Telephone: (205) 314-0500
jcg@wigginschilds.com
wsmith@wigginschilds.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 3, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

| | |
|---|---|
| LaBella S. McCallum<br>Eric D. Hoaglund<br>McCallum, Hoaglund & McCallum, LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, Alabama 35216<br>lsm@mhmfirm.com<br>edh@mhmfirm.com<br><br>*Attorneys for QCHC, Inc., Aleisha Herron, and Bradley Allred* | James W. Parkman, III<br>Jim Parkman Law<br>850 Corporate Parkway<br>Suite 100<br>Birmingham, Alabama 35242<br>jim@jimparkmanlaw.com<br><br>*Attorney for Pat Hammonds* |

Christopher H. Daniel
Sheffield & Lentine PC
600 20th Street North
Suite 301
Birmingham, Alabama 35203
chris@sheffieldlentine.com

*Attorney for Daniel Wyers*

                                              /s/ Jon C. Goldfarb
                                              OF COUNSEL